**CRIMINAL COMPLAINT**
**(Electronically Submitted)**

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| **United States of America**<br>**v.**<br>**Fausto Domingo Herrera-Martinez**<br>YOB: 1973; Citizen of Mexico | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br>26-04145MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about October 10, 2026, at or near Sasabe, in the District of Arizona, **Fausto Domingo Herrera-Martinez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on October 4, 2024, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Fausto Domingo Herrera-Martinez** is a citizen of Mexico. On October 4, 2024, **Fausto Domingo Herrera-Martinez** was lawfully denied admission, excluded, deported and removed from the United States through Nogales, Arizona. On October 10, 2026, agents found **Fausto Domingo Herrera-Martinez** in the United States at or near Sasabe, Arizona, without the proper immigration documents. **Fausto Domingo Herrera-Martinez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | **SIGNATURE OF COMPLAINANT (official title)**<br><br>**OFFICIAL TITLE**<br>Eric R. Wood<br>Border Patrol Agent |
|---|---|

**Sworn by telephone _x__**

| **SIGNATURE OF MAGISTRATE JUDGE[1)]** | **DATE**<br>October 13, 2026 |
|---|---|

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Hopkins